# AFFIDAVIT

I, Tanner Philip, first duly sworn, hereby depose and state as follows:

1. I am a Task Force Officer (TFO) of the Drug Enforcement Administration (DEA) and have been so employed since October 2023. Prior to my employment with DEA, I was a Police Officer for three years with Lee's Summit, Missouri and an additional five years with Independence, Missouri. As a DEA TFO, I have received training and have been involved in the investigations of drug trafficking, money laundering, and the movement and concealment of proceeds and assets purchased with proceeds of drug transactions. While employed as a TFO, I have participated in investigations involving, among other crimes, the possession, manufacture and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); the unlawful use of a communications device to commit and facilitate the commission of drug trafficking offenses, in violation of Title 21, United States Code, Section 843(b); drug trafficking conspiracies, in violation of Title 21, United States Code, Section 846; money laundering, in violation of Title 18, United States Code, Sections 1956 and 1957; conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h); the possession of firearms by felons and other prohibited persons, in violation of Title 18, United States Code, Section 922(g); and the possession of firearms in furtherance of drug trafficking offenses and/or crimes of violence, in violation of Title 18, United States Code, Section 924(c).

2. This Affidavit is submitted as probable cause in support of the criminal complaint regarding the arrest of **Melony STEWART, William THOMAS,** and **David BRAMLETT**. I make this Affidavit based on personal knowledge derived from my participation in this investigation, as well as information learned from DEA Special Agents, Task Force Officers and

Kansas City, Missouri Police Officers. I have not included each fact known to me concerning this investigation, but have set forth only those facts I believe are necessary to establish probable cause.

3. The DEA Kansas City District Office (KCDO) Group 43 is investigating methamphetamine distributors operating in the Kansas City metropolitan area. During the month of October 2023, KCDO investigators received information from a DEA confidential source (CS) that an individual was distributing large quantities of crystal methamphetamine in Kansas City, Missouri. The CS was told the distributor's name was "Billy" (William **THOMAS**) who could provide various amounts of methamphetamine that the CS was willing to purchase. During the course of the investigation, **STEWART** was identified as **THOMAS's** source of supply and fellow co-conspirator. From October 2023 through November 2023, numerous controlled purchases were coordinated with **THOMAS** via a DEA Undercover (UC), resulting in the seizure of approximately twenty-two (22) ounces of crystal methamphetamine. On each controlled purchase, **STEWART** arrived in the same blue Volkswagen GLI sedan bearing Missouri temporary license tag "06XE0J" and supplied **THOMAS** with crystal methamphetamine. The seized white crystal-like substances were sent to the DEA North Central Drug Laboratory where they were analyzed by DEA chemists. The first drug exhibit from **THOMAS** (which was approximately 6 ounces of suspected methamphetamine) tested positive for Methamphetamine Hydrochloride (crystal methamphetamine) with a purity of 99 percent. Additional drug exhibits are pending results from the DEA North Central Drug Laboratory, while agents utilizing a TruNarc analyzing device confirmed that the most recent substances purchased and seized from **THOMAS** presumptively tested positive for crystal methamphetamine. Through this investigation, agents discovered **STEWART** is residing at 804 West 37th Street, Independence, Missouri.

4. On December 6, 2023, investigators coordinated a DEA UC to purchase of 1 lb. (16 ounces) of crystal methamphetamine from **THOMAS**, who would be supplied by **STEWART**. This operation was planned to take place at the Advanced Auto Parts parking lot located at 7806 Winner Road, Kansas City, Missouri. **STEWART** was followed from her residence to the Price Chopper located at 5800 Wilson Avenue, Kansas City, Missouri. **STEWART** was observed exiting her vehicle and entering the passenger side of a black Infiniti Q60 bearing a Missouri registration of XK2-A7Z. Investigators were familiar with this vehicle as it belonged to **BRAMLETT** who resides at 5333 Wayne Avenue, Kansas City, Missouri. Investigators were familiar with **BRAMLETT** as there was an open case at the residence and were able to identify him, **BRAMLETT**, as the driver of the Infiniti. After approximately five minutes, **STEWART** exited the passenger seat of the black Infiniti, entered the driver seat of her blue Volkswagen, and both vehicles left the Price Chopper parking lot. **STEWART** then picked **THOMAS** up at the Phillips 66 located at 6201 St. John Avenue, Kansas City, Missouri. After picking up **THOMAS**, **STEWART** left the Phillips 66 driving south on Belmont Boulevard at a high rate of speed. Investigators observed **STEWART** traveling east on Independence Avenue approaching Ewing Avenue with **BRAMLETT** following. Investigators maintained a constant visual on **STEWART** and **BRAMLETT's** vehicles until they both arrived at Advanced Auto Parts.

5. **STEWART** arrived at the Advanced Auto Parts in her known vehicle and parked near **BRAMLETT**. **THOMAS** exited the blue Volkswagen and entered the passenger seat of the UC vehicle as **STEWART** exited her vehicle and entered the passenger seat of the Infiniti with **BRAMLETT** still in the driver seat. **THOMAS** advised the UC that he needed the agreed upon $3,500.00 prior to retrieving the 1 lb. of methamphetamine because he needed "to get the money

first to bring it to her (**STEWART**) because her guy (**BRAMLETT**) is with her.". DEA Special Response Team (SRT) moved in and blocked both the UC vehicle and the black Infiniti. **BRAMLETT** attempted to flee the vehicle pin. **BRAMLETT**, **STEWART**, and **THOMAS** were taken into custody and transported by Kansas City Missouri Police Department (KCMOPD) officers to the KCMOPD Metro Patrol station located at 7601 Prospect Avenue, Kansas City, Missouri. An inventory of **BRAMLETT's** Infiniti revealed approximately twenty-five (25) ounces of methamphetamine. An inventory of **STEWART's** Volkswagen revealed approximately two (2) ounces of methamphetamine inside of a black purse investigators had seen her in possession of previously.

6. A criminal history record of **STEWART** showed an extensive arrest and conviction history for possession of controlled substances, distribution of controlled substances, trafficking in controlled substances, deliver of drug paraphernalia, burglary, forgery, fraud use device, stealing, tampering with motor vehicle, failure to appear, fugitive from out state and driving while revoked/suspended. A criminal history record of **THOMAS** showed an extensive arrest and conviction history for possession of controlled substances, distribution of controlled substances, trafficking in controlled substances, possession of an illegal weapon, stealing, tampering with a motor vehicle, and resisting arrest. A criminal history record of **BRAMLETT** showed an extensive arrest and conviction history for possession of controlled substances, distribution of controlled substances, trafficking in controlled substances, domestic assault, stealing, burglary, forgery, resisting arrest, disorderly conduct, and driving while revoked/suspended.

7. **STEWART**, **BRAMLETT**, and **THOMAS** were each separately advised of their *Miranda* rights. **STEWART** refused to provide a statement. **THOMAS** and **BRAMLETT** advised they understood their *Miranda* rights and were willing to speak investigators after signing

a KCPD *Miranda* warning form. **THOMAS** initially stated he was just there to retrieve money from the UC for **STEWART**. **THOMAS** eventually admitted that it was, "Obvious" **STEWART** was providing the UC with methamphetamine and that's what the money was being paid for. **THOMAS** further admitted that **STEWART** was a known drug dealer with an extensive history. **THOMAS** admitted he had met the UC on at least one other occasion where he suspected **STEWART** had sold approximately six (6) ounces of methamphetamine. **BRAMLETT** admitted that he had been in possession of 673 grams of methamphetamine and was going to sell it to **STEWART** for an agreed upon $2,200.00. **BRAMLETT** advised that **STEWART** was also going to pay him an additional $1,000.00 which she owed him for an unknown reason.

8. There is probable cause to believe that **STEWART**, **THOMAS** and **BRAMLETT** have been committing offenses involving the distribution of controlled substances; the possession of controlled substances with the intent to distribute; and the use of a communication facility to facilitate drug trafficking; all in violation of Title 21, United States Code, Sections 841 and 843 and Title 18, United States Code, Section 924.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

TANNER PHILIP (Affiliate)
Digitally signed by TANNER PHILIP (Affiliate)
Date: 2023.12.07 10:43:21 -06'00'

TANNER J. PHILIP
Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed to me via telephone
on this, 7th day of December 2023.
At 11:18 am

HONORABLE W. BRIAN GADDY
United States Magistrate Judge
Western District of Missouri