IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>  v.<br><br>(1) WILLIAM THOMAS,<br><br>(2) MELONY STEWART,<br><br>and<br><br>(3) DAVID BRAMLETT.<br><br>                     Defendants. | Case No. 23-MJ-00148-LMC(WBG) |

## **MOTION FOR DETENTION**

The United States of America, by the United States Attorney for the Western District of Missouri, does hereby move that the Court order a pretrial detention hearing pursuant to 18 U.S.C. § 3142(f), for the purpose of presenting evidence to determine whether any condition or combination of conditions of release will reasonably assure Defendants' appearance as required by the Court and the safety of other persons and the community. As grounds for the motion, the United States submits that:

1. There is probable cause to believe that Defendants committed the offense of aiding and abetting the possession of methamphetamine with the intent to distribute in violation of 21 U.S.C. §841 (a)(1) and (b)(1)(A) and 18 U.S.C. § 2;

2. Defendants poses a risk to the safety of others in the community; and

3. Defendants poses a risk of non-appearance.

## SUPPORTING SUGGESTIONS

I. Subsection 3142(f), Title 18, United States Code, provides that a hearing must be held by the appropriate judicial officer to determine whether any condition or combination of conditions will reasonably assure the defendant's appearance and the safety of any other person in the community if the attorney for the government moves for such a hearing and if the case is in any one of the following categories:

A. The case involves a <u>crime</u> <u>of</u> <u>violence</u>, a term defined to include either:

1. An offense that has as an element the use, attempted use, or threatened use of physical force against the person or property of another; or

2. Any other offense that is a <u>felony</u> and by its nature involves a substantial risk that physical force against the person or property of another <u>may</u> be used in the course of its commission.

B. The case involves an offense where the maximum sentence is life imprisonment or death.

C. The case is a narcotics case under Title 21, United States Code, for which imprisonment for ten years or more is prescribed.

D. Any felony, even a nonviolent felony not involving drugs, if the person already has two or more convictions for a crime of violence, a crime punishable by life imprisonment, or a ten year drug felony.

E. Any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code.

2

Case 4:23-cr-00272-SRB   Document 7   Filed 12/08/23   Page 2 of 4

II. The statute recognizes two additional situations which allow for a detention hearing and which can be raised either by the attorney for the government or by a judicial officer. These conditions are:

A. When there is a serious risk that the defendant will flee; or

B. When there is a serious risk that the person will "obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror."

III. One or more grounds for a pretrial detention hearing as set forth by the statute exists in the above cause.

For the foregoing reasons and based upon the information in the affidavit in support of the complaint, the United States requests that a detention hearing be held, and that Defendants be denied bail.

                Respectfully submitted,

                TERESA A. MOORE
                United States Attorney
                Western District of Missouri

By  *Joseph M. Marquez*
     Joseph M. Marquez
     Assistant United States Attorney

     Charles Evans Whittaker Courthouse
     400 East Ninth Street, Suite 5510
     Kansas City, Missouri 64106
     Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on December 8, 2023, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendants at his first appearance before a judicial officer.

                                              */s/Joseph M. Marquez*
                                              Joseph M. Marquez
                                              Assistant United States Attorney

4

Case 4:23-cr-00272-SRB   Document 7   Filed 12/08/23   Page 4 of 4