IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-cr-00272-SRB-3 |
| ) | |
| DAVID BRAMLETT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before this Court is Magistrate Judge Lajuana M. Counts' Report and Recommendation (Doc. #42) that this Court enter an order finding that Defendant David Bramlett ("Defendant") is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. Objections to the Report and Recommendation were due on May 7, 2024; Defendant did not file Objections to the Report and Recommendation and has informed the Court that it does not intend to do so. Therefore, after an independent review of the record, the applicable law, and the parties' arguments, the Court ADOPTS the Report and Recommendation (Doc. #42). Accordingly, it is hereby **ORDERED** that the Report and Recommendation (Doc. #42) be attached to and made a part of this Order.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: May 8, 2024